FD-302a (Rev. 10-6-95) 132354
Continuation of FD-302 of   TIM BALDUCCI
On
. Page

...really substantially, that I'll probably be 25 far as the press goes.

LACKEY:    Well, well the bankruptcy court will probably take care of that.

BALDUCCI:  I hope so.

LACKEY:    Yeah.

BALDUCCI:  I, I think, I mean I think we're, I think we're right on the substance of, of everything but you know, like I said before I just, shit I just hate gettin' my name...

LACKEY:    Well, I...

BALDUCCI:  ...drug back into all of that.

LACKEY:    ...well I, I hate it for you.

BALDUCCI:  You know, just...

LACKEY:    Uh, uh, but uh, uh...

BALDUCCI:  Shit sometimes happens.

LACKEY:    ...with, with JOEY's connections, sometimes I think he, he, he or JIM WADE (phonetic) have stock in the, uh TUPELO JOURNAL...

BALDUCCI:  Yeah, yeah.

LACKEY:    ...because they uh, they can get...

BALDUCCI:  They can get the ink, can't they?

LACKEY:    Oh, they can.

BALDUCCI:  Yeah, they do.

LACKEY:    You know they...

BALDUCCI:  They get the damn...

LACKEY:    ...I wonder what kind, when, after you told me about it the

Exhibit R

FD-302a (Rev. 10-6-95) 194A-JN-32354
Continuation of FD-302 of   TIM BALDUCCI
On
. Page

other day, I said, I just wonder what kind of forum they gonna give JOEY.

**BALDUCCI:** Well, he got, yeah.

**LACKEY:** Yeah. Yeah.

**BALDUCCI:** He got what he wanted.

**LACKEY:** Yeah.

**BALDUCCI:** So we'll see.

**LACKEY:** Ahh, me. Well, TIM...

**BALDUCCI:** Alright, well I'ma let you go. You stay in touch with me. Let me know...

**LACKEY:** I'm going to.

**BALDUCCI:** ...what you need.

**LACKEY:** I'm going to.

**BALDUCCI:** And let me get it to you...

**LACKEY:** Alright.

**BALDUCCI:** ...as you need it.

**LACKEY:** Alright, I'ma put this in my little, I've got a little safe here that I...yeah, you know what this is?

**BALDUCCI:** I've seen it several times, but I don't know. (UI) obviously it's a ballot box.

**LACKEY:** Yeah. It's a jury wheel...

**BALDUCCI:** Oh, a jury wheel?

**LACKEY:** ...from uh, from federal...

**BALDUCCI:** Federal court. Delta Division.

**LACKEY:** Uh-huh.

**BALDUCCI:** Yeah.

**LACKEY:** And my sister was up there one day and they were throwing these away...

Exhibit R

FD-302a **BALDUCCI** 32354
Continuation of FD-302 of   TIM BALDUCCI

On
, Page

| | Really? |
| | 09/27/2007          27 |

| LACKEY: | Uh-huh. |
| | |
| BALDUCCI: | Somebody was using it as candy bowls one time. |
| | |
| LACKEY: | No that's what, that's what I've been doing... |
| | |
| BALDUCCI: | Uh-huh. |
| | |
| LACKEY: | ...to the candy box and uh, uh, she... |
| | |
| BALDUCCI: | Old jury wheel. |
| | |
| LACKEY: | ...she got it for me. I wouldn't take anything for it. I've... |
| | |
| BALDUCCI: | Yeah. |
| | |
| LACKEY: | ...I've laughed and, and told some of 'em, I said, you know, we always accused of uh, setting juries, uh, uh, fixing juries and I got... |
| | |
| BALDUCCI: | Mm-hmm. |
| | |
| LACKEY: | ...my own jury wheel. |
| | |
| BALDUCCI: | (laughs) |
| | |
| LACKEY: | Just pick my own one. |
| | |
| BALDUCCI: | Isn't that something? |
| | |
| LACKEY: | It is. |
| | |
| BALDUCCI: | Is this the Delta, Del, Delta Division? Is that what this is? |
| | |
| LACKEY: | Oh, I don't know what that (UI) |
| | |
| BALDUCCI: | (UI) |
| | |
| LACKEY: | That's a, that's a whole... No, I don't know where the Delta Division was. What is that? (UI) |
| | |
| BALDUCCI: | The old Delta Division... |
| | |
| LACKEY: | That's a... |

Exhibit R

FD-302a 1994 A-GN-32354
Continuation of FD-302 of
BALDUCCI: TIM BALDUCCI

On
Page

| | |
|---|---|
| BALDUCCI: | ...yeah, old DELTA/DOOR Division...28 |
| LACKEY: | ...662. |
| BALDUCCI: | ...at one time, it sat in Clarksdale and uh... |
| LACKEY: | Well aren't they tryin' to... |
| BALDUCCI: | ...(UI) court. You know. |
| LACKEY: | ...tryin' to get it moved to, to Boliver... |
| BALDUCCI: | Yeah, you know, PEPPER, PEPPER's involved in that and uh, you know, I hadn't really followed that that much. |
| LACKEY: | Uh... |
| BALDUCCI: | My daddy's been involved in it over there, kinda keepin' up with it. |
| LACKEY: | Yeah. |
| BALDUCCI: | He's the actually's been tellin' me, tellin' me about it. Um... |
| LACKEY: | What does your dad do? I... |
| BALDUCCI: | He's a banker. He's the president... |
| LACKEY: | Ok. |
| BALDUCCI: | ...of the bank and uh, in Cleveland... |
| LACKEY: | Ok. |
| BALDUCCI: | ...CLEVELAND COMMUNITY BANK? |
| LACKEY: | Yeah. |
| BALDUCCI: | And uh, I talked to him last night, you'll like this. My daddy's a big FRED THOMPSON man. |
| LACKEY: | Oh yeah. Uh-huh. |
| BALDUCCI: | And my daddy's going to a |

FD-302a 1994 N-JN-32354
Continuation of FD-302 of    TIM BALDUCCI

On
. Page

fundraiser in Ruleville Friday
night...    09/27/2007    29

LACKEY:          Oh yeah. FRED.

BALDUCCI:        ...for FRED THOMPSON. And um,
                 and 'course you know, we're all
                 BIDEN folks.

LACKEY:          Oh, sure.

BALDUCCI:        Supportin' him big and uh, and
                 so my daddy's going to this
                 fundraiser Friday night in
                 Ruleville for him and I called
                 him the other night and said,
                 God damnit daddy. I said, did
                 you write a check? I said, I
                 hope you had sense enough to
                 give him cash and not write a
                 damn check so it'll come out
                 and the damn BIDENs will see
                 that my daddy's givin' money
                 to FRED THOMPSON. I said, I
                 hope, tell me you didn't have,
                 you weren't dumb enough to
                 write a check to him? He goes,
                 well, I did. I'm sorry. I
                 didn't think about it.

LACKEY:          (laughs)

BALDUCCI:        And I said well I, God damn I hope
                 they don't put two and two
                 together...

LACKEY:          (laughs)

BALDUCCI:        ...and see that name and figure out
                 who it is. I said you killin' me.
                 You killin' me. See ya, judge.

LACKEY:          Thanks, bud.

BALDUCCI:        Alright, take care.

LACKEY:          Alright. You too.

BALDUCCI:        Alright. You call me...

LACKEY:          You too.

BALDUCCI:        ...let me know...

LACKEY:          I'm, I'm going to.

Exhibit R

FD-302a **BALDUCCI** 32354
Continuation of FD-302 of    TIM BALDUCCI

On
. Page

| | |
|---|---|
| | ...how things go... |
| | 09/27/2007          30 |
| LACKEY: | I'm going to. |
| BALDUCCI: | ...and uh, just, man, whatever you need. Let me know. Alright, buddy. |
| LACKEY: | Thanks, TIM. |
| BALDUCCI: | Yes sir. |
| LACKEY: | Good to see you. |
| BALDUCCI: | Bye bye Miss MONETTE. |
| MONETTE (LNU): | Oh, be careful. |
| BALDUCCI: | Alright, see you later. Take care. |
| LACKEY: | Ok, bud. I'm about thirsty to death, are you? |
| MONETTE (LNU): | (UI) |
| LACKEY: | What? |
| MONETTE (LNU): | This is too dang good (UI) |
| LACKEY: | (UI) |
| MONETTE (LNU): | (UI) |
| LACKEY: | (UI) |
| MONETTE (LNU): | (UI) |
| LACKEY: | (UI) |
| MONETTE (LNU): | (laughs) |
| LACKEY: | (laughs) |
| MONETTE (LNU): | That makes the day better, then. |
| LACKEY: | (laughs) Oh. (UI) |
| MONETTE (LNU): | Ok. |
| LACKEY: | (UI) |
| MONETTE (LNU): | (UI) |
| LACKEY: | (UI) |

Exhibit R

FD-302a MONETTE - LNU :
Continuation of FD-302 of            TIM BALDUCCI                       (laughs)
On                                                                      09/27/2007        31
Page            LACKEY:                                                 (laughs) Ahhh, me. I grew up a
                                                                        mile over that hill.  Mm-hmm.
                                                                        Haaa.


(pause; beeping sound in background)

MONETTE (LNU):              (UI) Yes. Sure.

LACKEY:                     (UI) get it?

MONETTE (LNU):              It's BILL.

LACKEY:                     Hello? Ok. Thanks now. (hangs
                            up) (sighs)

MONETTE (LNU):              Can I fax something?

LACKEY:                     Huh?

MONETTE (LNU):              Can I fax these things or wait?

LACKEY:                     Wait...

MONETTE (LNU):              I'll wait.

LACKEY:                     (UI) Thanks. Thanks, MONETTE.

MONETTE (LNU):              Ok.

LACKEY:                     I'm 'bout to burn up.

MONETTE (LNU):              (laughs) This (UI). Yeah, it's
                            on.

LACKEY:                     It's on, but it's, it's not
                            doing well.

MONETTE (LNU):              Is the filter dirty? I, I guess
                            it wouldn't be. It just feels
                            (UI)
LACKEY:                     Aw, it's, it's, it just, you
                            know (UI)

MONETTE (LNU):              Not much, but it looks pretty
                            dirty right (UI) Well, we need
                            another TV. (laughs)

LACKEY:                     (laughs) Yeah. (UI)

MONETTE (LNU):              (UI) fall through. (laughs)
                            Come on back.

LACKEY:                     (UI)

Exhibit R

FD-302a 1894 A-6-7N-32354
Continuation of FD-302 of (LNU M:BALDUCCI          (UI)          09/27/2007          32

LACKEY:                                    (UI)

SPECIAL AGENT (SA) WILLIAM P. DELANEY: Did I...

LACKEY:                                    (UI)

SA DELANEY:                                ...understand him correctly?
                                           He's leaving this weekend and
                                           he's gon', not gonna be back
                                           for like two weeks?

LACKEY:                                    Do what?

SA DELANEY:                                Did I understand him to say
                                           he's leaving this weekend and
                                           he won't be back for two weeks?

LACKEY:                                    That's right. Going to
                                           Switzerland.

SA DELANEY:                                He's going to like, DC this
                                           weekend?

LACKEY:                                    DC this weekend and the next,
                                           next week, he's going to
                                           Switzerland for two weeks.

SA DELANEY:                                When's he leave, is he gonna
                                           be, is he gonna be around next
                                           week?

LACKEY:                                    Yeah. I think he is, now. Let
                                           me...

SA DELANEY:                                Ok.

LACKEY:                                    ...let me get this right here.
                                           I'm nervous.

SA DELANEY:                                (UI) I appreciate that.

UNIDENTIFIED MALE (UM):                    (UI) judge?

SA DELANEY:                                Judge?

LACKEY:                                    (UI)

SA DELANEY:                                Hang on. Just leave it in
                                           there.

LACKEY:                                    Oh.

SA DELANEY:                                We're gonna take some photos.

Exhibit R

FD-302a 194 JN-32354
Continuation of FD-302 of
On
. Page

LACKEY:       TIM BALDUCCI         Ok. You have 08/23/2007 at me   33
                                   (UI) because...

SA DELANEY:                        Is this stuff turned off?

LACKEY:                            Huh?

SA DELANEY:                        Is this turned off?

LACKEY:                            Uh-uh. No.


(END OF RECORDING)

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of

transcription

Investigation on                    at
File #
by
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your

agency.

it and its contents are not to be distributed outside your agency.

09/27/2007

        The following is a recorded telephone conversation between
████████ and STEVE PATTERSON ██████████████

      09/27/2007      Jackson, Mississippi        (telephonically)

194A-JN-32354                              09/27/2007

SA WILLIAM P. DELANEY/jrb

Exhibit S

FD-302a (Rev. 10-6-95) (IT 000 254 01)

On
. Page

Continuation of FD-302 of      TIM BALDUCCI                              09/27/2007          2

TIM BALDUCCI:                          Hello?

STEVE PATTERSON:                       Hey.

BALDUCCI:                              Must have ESPN.

PATTERSON:                             (laughs)

BALDUCCI:                              (Unintelligible)

PATTERSON:                             (talking simultaneously) Well,
                                       tell me what you...I was gon',
                                       one thing I wanted to tell you
                                       before I forget it, if, if you
                                       stop by, particularly since you
                                       stoppin' by there to see
                                       DICKIE...

BALDUCCI:                              Uh-huh.

                    ury
                                       

BALDUCCI:                              Yep.

                                   t I
                                       have...

BALDUCCI:                              Yep.

PATTERSON:                             ...(clears throat) I had a
                                       problem that I had
                                       so....

BALDUCCI:                              Yep.

                   and solve it...

BALDUCCI:                              Yep.

                                       eed
                                       help, let me know.

                   was
                                       g                         t
                                       I                      hat
                                       I'              somethin'
                                       y
                                       handled...

PATTERSON:                             Mm-hmm.

Exhibit S

FD-302a ████ A-JN-32354

Continuation of FD-302 of

BALDUCCI: TIM BALDUCCI

On

, Page

...and ██ ███ ██/17/███ gonna get3
uh you to talk to P█, and let
██ ████ ████ ████ ████ ████
██████

I've ████ ██ ████ ██ that. I mean,
██ ████ ████ ████ ████ know
██ ██████ about or ██████.
████ ████ ████ desn ████ █████,
but...

BALDUCCI:           ███ what'd you tell him?

PATTERSON:          Forty.

BALDUCCI:           Ok, so you didn't pa███?

PATTERSON:          ████████

BALDUCCI:           C█████████████.

PATTERSON:          Yeah, I just told him the
                    truth.

BALDUCCI:           Alright.

PATTERSON:          And I said...

BALDUCCI:           Ok.

PATTERSON:          ...do I go ahead and take care
                    of it or what? And he said
                    yeah, go ahead and take care of
                    it.

BALDUCCI:           Yeah. Alright. Fine.

PATTERSON:          I said, well we've already
                    taken care of half of it.

BALDUCCI:           Yeah. Ok. Well, I'ma just
                    reinforce that...

PATTERSON:          Yeah.

BALDUCCI:           ...this mornin'.

PATTERSON:          Ok.

BALDUCCI:           Um, I just stopped by his
                    o█ ██ ██ ████ ████ that
                    ████ ██ ████ gotten for
                    me...

PATTERSON:          Mm-hmm.

Exhibit S

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of
On
Page

194A-JN-32354

BALDUCCI: TIM BALDUCCI

...um, and I talked 2007 BETHIE 4 (phonetic) and she said he's gonna be there this mornin'...

PATTERSON: Ok.

BALDUCCI: ...so, I'm gonna go back on my way back through...

PATTERSON: Mm-hmm.

BALDUCCI: ...and I'ma...

PATTERSON: Oh, you're on, you're over there now?

BALDUCCI: Uh-huh. I'm leaving Oxford now...

PATTERSON: Ok.

BALDUCCI: ...heading south.
PATTERSON: Ok.

BALDUCCI: And um, so what I'ma do is I'ma come back through here, I'ma stop and see him. I'm gonna lead with this issue and then I'm gonna tell him I need you to make two calls.

PATTERSON: Yeah.

BALDUCCI: And get him to make those two phone calls.

PATTERSON: Yeah. Uh, mention IUPE to him.

BALDUCCI: Ok.

PATTERSON: And uh, see what his reaction is.

BALDUCCI: Ok.

PATTERSON: I think it'll be very positive.

BALDUCCI: Ok.

PATTERSON: Uh, did you ever talk to Z (phonetic)?

BALDUCCI: The mother fucker never called me back STEVE. You know, he called me on my cell phone. He

Exhibit S

FD-302a (Rev. 04-07) 1894 JN-32354
Continuation of FD-302 of   TIM BALDUCCI
On
, Page

was on his. I tried to talk to
him for about twenty minutes...    5

| | |
|---|---|
| PATTERSON: | Yeah, you told (UI) |
| BALDUCCI: | ...and I said, Z, I just, I cannot communicate with you. I'm gettin' every third word you're sayin'. |
| PATTERSON: | Mm-hmm. |
| BALDUCCI: | He said, well I'll be home in about twenty or thirty minutes. I'll call you back. And the mother fucker never called me back. |
| PATTERSON: | Alright, do you have your call with uh, guys in Richmond? |
| BALDUCCI: | Yeah, I did. I did. |
| PATTERSON: | Any names? |
| BALDUCCI: | (UI) Uh, he, you know, frankly what they were saying, what he was saying, DONALD McKETCHEN sayin' that uh, that the way that the bill is being marked right now, that in the Senate that they're gonna get around the cap he thinks. And he's supposed to be faxin' me this morning some dead man's documents about the Senate markings. So... |
| PATTERSON: | So, but in other words, what he was sayin' was good news? |
| BALDUCCI: | Good news. And what he was sayin', though, is (UI)... |
| PATTERSON: | He might not be accurate, but good news. |
| BALDUCCI: | Well he, I think it is, 'cause he's got fuckin'... |
| PATTERSON: | Ok. |
| BALDUCCI: | ...documents and he was tellin' me, you know, I think my intell may be better in pressure than yours... |

Exhibit S

FD-302a 1994 A-JN-32354
Continuation of FD-302 of
On
. Page

PATTERSON:TIM BALDUCCI         Mm-hmm.        09/27/2007        6

| | |
|---|---|
| BALDUCCI: | ...from what you got on the House side... |
| PATTERSON: | Mm-hmm. |
| BALDUCCI: | ...and he said, you know, if this is the case, we really need to push on the Senate bill and he was telling me the message was you guys gotta get your man in line on the House side if this comes out of the Senate. |
| PATTERSON: | Yeah, well we, we can handle that. |
| BALDUCCI: | And that's, I said, look you know, we... |
| PATTERSON: | That's done. |
| BALDUCCI: | ...we all for, we all for gettin' the best bill... |
| PATTERSON: | Yeah. |
| BALDUCCI: | ...to the floor. So. |
| PATTERSON: | Yeah, that's done. |
| BALDUCCI: | So yeah, so it's... |
| PATTERSON: | (UI) that's good news. Alright. And are they gonna meet us up there three o'clock Saturday? |
| BALDUCCI: | Yeah, and here's what we're gon' do. I've been on the phone with BIDEN this mornin', that would be JIM BIDEN. I'm not tryin' to be like JOEY. |
| PATTERSON: | (laughs) (UI) |
| BALDUCCI: | And um, you and I, the plan now is, me, you and NORMAN are gonna leave at eight o'clock from New Albany Saturday. |
| PATTERSON: | Yeah. |
| BALDUCCI: | So, I'll come pick you up Saturday morning... |

Exhibit S

FD-302a 1894 AN-JN-32354
Continuation of FD-302 of

On
Page

PATTERSON:TIM BALDUCCI               Ok.              09/27/2007        7

| | |
|---|---|
| BALDUCCI: | ...at your house, and we'll leave from eight, at eight o'clock from New Albany Saturday, and we're gonna get there around noon, and we're gonna meet the BIDENs around noon. |
| PATTERSON: | Ok. |
| BALDUCCI: | Then we're gonna meet the black farmers at three. |
| PATTERSON: | Ok. |
| BALDUCCI: | And we're gonna go to the dinner at seven. |
| PATTERSON: | Is JIMMY... |
| BALDUCCI: | (UI) |
| PATTERSON: | ...and them going to the dinner with us? |
| BALDUCCI: | I don't know yet. |
| PATTERSON: | Ok. |
| BALDUCCI: | I don't know yet. Then um, we may or may not meet with STITH (phonetic) just me and you Sunday morning. |
| PATTERSON: | Ok. |
| BALDUCCI: | JIMMY... |
| PATTERSON: | That'd be fine, anyway |
| BALDUCCI: | ...and SARAH, yeah, JIMMY and SARAH can't stay... |
| PATTERSON: | Yeah. |
| BALDUCCI: | ...but um, we may or not, dependin' that he's gonna talk to STITH... |
| PATTERSON: | Ok. |
| BALDUCCI: | ...and let us know, so. |
| PATTERSON: | Ok. That'd be good. |

Exhibit S

FD-302a (Rev. 1-6-JN-32354
Continuation of FD-302 of

On
, Page

| | |
|---|---|
| BALDUCCI: TIM BALDUCCI | So either we're gonna meet with STITH Sunday mornin' and come home or either we're gonna do nothin', just get up and come home... |
| PATTERSON: | Come home Sunday mornin'. Yeah, ok. Alright, good enough. That, that's good plan. |
| BALDUCCI: | Yeah. |
| PATTERSON: | Call me durin' the day. |
| BALDUCCI: | Alright. Bye. |
| PATTERSON: | Bye. (hangs up) |

(END OF CONVERSATION)

FD-302 (Rev 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___11/05/2007___

The following is a consensually recorded conversation between TIMOTHY BALDUCCI, SIDNEY BACKSTROM, ZACHARY SCRUGGS and RICHARD "DICK" SCRUGGS on November 1, 2007:

1D26

Investigation on ___11/01/2007___ at ___Oxford, Mississippi___

# ___194A-JN 32354___                    Date dictated ___11/05/2007___

by ___SA WILLIAM P. DELANEY/jrb___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit T

FD-302a (Rev. 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI_____ On _11/01/2007_ , Page __2__

TIMOTHY BALDUCCI:                    (clears throat) My name is TIM
                                     BALDUCCI.  Today's date is
                                     November 1st, 2007. The time is
                                     approximately 1:20 PM, central
                                     time. I'm attempting to make a
                                     consensual recording of a
                                     conversation between myself and
                                     SID BACKSTROM (phonetic) at the
                                     SCRUGGS LAW FIRM and possibly
                                     with RICHARD SCRUGGS. (sighs)

(pause; BALDUCCI driving)

(passersby on the square; non-pertinent conversation)

BALDUCCI:                            (UI) (whispering to himself)

UNIDENTIFIED MALE (UM):              (UI)

BALDUCCI:                            What's happenin'?

ZACH (LAST NAME UNKNOWN) (LNU):      (UI)

BALDUCCI:                            Hey man.

ZACH SCRUGGS:                        You comin' up here?

BALDUCCI:                            I was. I was comin' to see
                                     ya'll.

UM2:                                 Hey man.

BALDUCCI:                            Whatcha know?

RICHARD SCRUGGS:                     Good to see ya.

BALDUCCI:                            How you doin'?

R SCRUGGS:                           I didn't know you were here.

BALDUCCI:                            Uh, yeah. Dropped by. Actually,
                                     I was comin' to see SID, but I
                                     need to see...

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ____TIM BALDUCCI_____ , On 11/01/2007 , Page ___3___

| | |
|---|---|
| R SCRUGGS: | Well, he's right behind us. |
| BALDUCCI: | ...see you. |
| R SCRUGGS: | I was supposed to call uh, TIM, I mean uh, uh, TIM, uh... |
| BALDUCCI: | STEVE? |
| R SCRUGGS: | ...the other TIM. |
| BALDUCCI: | Has he uh, he not been here? |
| R SCRUGGS: | I just talked to him. |
| BALDUCCI: | Oh, ok. |
| R SCRUGGS: | He hadn't been here. (UI) |
| BALDUCCI: | Well, he told me that he had to come over here today and see you about somethin'. |
| R SCRUGGS: | Well, he was goin' to, but he... |
| BALDUCCI: | (sighs) |
| R SCRUGGS: | ...called me and I've got a call in to him now |
| UM: | See a man about a dog. |
| BALDUCCI: | Yeah. See a horse about a dog? |
| R SCRUGGS: | Yeah. |
| BALDUCCI: | We uh, gosh, we been runnin' in such different damn directions lately. |
| R SCRUGGS: | This is on uh... |
| BALDUCCI: | I hardly ever get to, to see him. |

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ____TIM BALDUCCI_____ ,On 11/01/2007 , Page ____4____

R SCRUGGS:                      ...GARY (phonetic) ANDERSON
                                type thing.

BALDUCCI:                       Yeah, that's what I...

R SCRUGGS:                      Can I...

BALDUCCI:                       ...figured.

R SCRUGGS:                      ...can I handle this 'cause
                                it's time critical? Give me
                                about fifteen minutes?

BALDUCCI:                       Sure.

R SCRUGGS:                      And...

BALDUCCI.                       Yeah, no problem.
    .

R SCRUGGS:                      ...alright. (UI).

Z SCRUGGS:                      Hey come, come here TIM.

BALDUCCI:                       No, problem. Naw, do what you
                                gotta do. I just uh, no, no
                                thanks. No trick or treat for
                                me. I'ma uh...

Z SCRUGGS:                      Here, we'll go back in my, or
                                SID's office. I, I'll go back
                                there with you (UI)

BALDUCCI:                       No, take ya'll's time. I'm
                                arriving unannounced, so that's
                                fine.

Z SCRUGGS:                      (UI) fine. You're totally fine.
                                You know uh, CHRIS, don't you?
                                You've met CHRIS?

BALDUCCI:                       Yeah, I've met CHRIS.

CHRIS (LNU):                    (UI)

BALDUCCI:                       How you doin', bud? Good to see

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI_____ , On 11/01/2007 , Page __6__

| | |
|---|---|
| | know man? I wouldn't care for anything. |
| Z SCRUGGS: | I just hate how bad our Kentucky thing turned out. |
| BALDUCCI: | Ah, you know... |
| Z SCRUGGS: | It's gonna happen uh, uh, gonna happen sooner or later with these guys. |
| BALDUCCI: | Well, I'm, I'm... |
| Z SCRUGGS: | What, what's the lat, I mean, have there been (UI) |
| BALDUCCI: | Nothin'. I haven't heard anything, ZACH. |
| Z SCRUGGS: | I hadn't heard... |
| BALDUCCI: | Um, you, you know, one of the things that I was concerned about... |
| Z SCRUGGS: | JOEY came over on Sunday (UI) |
| BALDUCCI: | Well, I knew, I knew that and I know JOEY's been dumpin' on me a lot about that. I've talked to SID about it. |
| Z SCRUGGS: | I told JOEY the, the frustration, anything with, I (UI) one thing. I said I wasn't gonna call, call and (UI) talked in that letter (UI) anything to do with adding you in as much as how it was postered. |
| BALDUCCI: | Mm-hmm. Yeah. It was... |
| Z SCRUGGS: | (UI) |

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI_____ , On _11/01/2007_ , Page __7__

| | |
|---|---|
| BALDUCCI: | ...tryin' to ram it down us. |
| Z SCRUGGS: | Yeah, uh, yeah. He's, you know, we just wanna stay out of all that and, and I think ya'll do too. That's why... |
| BALDUCCI: | Well, of course. |
| Z SCRUGGS: | ...ya'll withdrew, you know? |
| BALDUCCI: | Well, I'm glad you brought it up, because I had talked to SID a little bit about it and he may have told you, you know, I hate it because to me, that issue is squarely just a pissin' match between JOEY and us. And I feel like ya'll have gotten caught in the crossfire on that. And I hate it... |
| Z SCRUGGS: | Not your fault. |
| BALDUCCI: | Well, I, I, I hope... |
| Z SCRUGGS: | I know its not you fault. |
| BALDUCCI: | ...I mean, I hope you say that. I hope you mean that because... |
| Z SCRUGGS: | And JOEY, JOEY, and, and I'll even say this and, and I could be wrong and, and you may disagree and I would, I would understand you disagreeing, you know, I, JOEY didn't intend on that consequence either, I'm sure. |
| BALDUCCI: | I'm sure. |
| Z SCRUGGS: | And these... |
| BALDUCCI: | No, I... |

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ____TIM BALDUCCI_____ , On _11/01/2007_ , Page ___8___

Z SCRUGGS:          ...Kentucky guys, I mean, uh,
                    you know that's where...

BALDUCCI:           It's just a mess.

Z SCRUGGS:          ...my, that's where about
                    ninety-nine...

BALDUCCI:           Yeah.

Z SCRUGGS:          ...point nine percent of my
                    frustration is on them
                    because...

BALDUCCI:           They're such rookies.

Z SCRUGGS:          Well, I don't think JOEY knew
                    or appreciated that they were
                    gonna come in there and say...

BALDUCCI:           Be that heavy handed?

Z SCRUGGS:          ...(UI) comin' on
                    ya'll's...yeah.

BALDUCCI:           Yeah.

Z SCRUGGS:          Uh, and, and, and he has some
                    denability there, there, you
                    know, if that's the case. And
                    he wasn't on that call. Of
                    course...

BALDUCCI:           Right.

Z SCRUGGS:          ...I wasn't, but I'm, hell, I
                    trust completely anything you
                    and DAVID tell me about what
                    happened.

BALDUCCI:           Sure.

Z SCRUGGS:          And both you and DAVID
                    independently and together said

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI_____ . On __11/01/2007__ . Page ___9___

|  |  |
|---|---|
|  | that was a wild ass call. And, and... |
| BALDUCCI: | Well. |
| Z SCRUGGS: | ...that's really what it comes down to. Do we wanna be workin' with those guys and those guys forwarding everything we say on to JOEY and misrepresentin' it? |
| BALDUCC1: | Yeah. And I just hate it. I mean it's just a terrible situation, but I just wanna make sure... |
| Z SCRUGGS: | I wonder what they're doing now? |
| BALDUCC1: | ...that you guys...ah, hell if I know. You know, good luck for 'em. |
| Z SCRUGGS: | I figured you would at least heard somethin' by now. |
| BALDUCCI: | I hadn't heard a thing from any of 'em. |
| Z SCRUGGS: | Ok. |
| BALDUCCI: | But I just wanna make sure you guys, I hope you guys don't hold it against us... |
| Z SCRUGGS: | No. Ya'll are the reason... |
| BALDUCC1: | ...for what happened. You know? |
| Z SCRUGGS: | ...ya'll got us in that deal. We weren't gonna... |
| BALDUCC1: | I know, but you know, the problem is like I said, you know, we were dumb and happy... |

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ____TIM BALDUCCI_____ ,On 11/01/2007 , Page __10__

| Z SCRUGGS: | (UI) (talking simultaneously) |
|---|---|
| BALDUCCI: | ...and movin' along. |
| Z SCRUGGS: | I figured that, I figured that quite (UI) |
| BALDUCCI: | Until JOEY raised his, you know, raised his head in all of it. |
| Z SCRUGGS: | (talking simultaneously) Yeah. And it's, and, and, and, and it's unfortunate that, that JOEY did that. I think even though JOEY's motives and get involved in the first place were, were probably mixed. One, to get in a good deal and two, kinda do this to ya'll... |
| BALDUCCI: | Yeah. |
| Z SCRUGGS: | ...I don't think he intended how they, how it ended up happenin'. Uh, you know, everybody, you know, Kentucky and JOEY created a monster that I don't know if they understood they created. But ya'll had nothin' to do with it. And, and and I, I didn't want ya'll to be blindsided about us withdrawin', but we just, on Friday, after I talked, we were like, and, and, and then JOEY sent that email. I was like, shit. We gotta... |
| BALDUCCI: | Yeah. |
| Z SCRUGGS: | ...'cause JOEY, 'cause, you know, JOEY...what prompted it was I don't, I guess SID told you JOEY sent a email sayin' |

Exhibit T

FD-302a (Rev. 10-6-95)

194A-JN-32324

Continuation of FD-302 of _____ TIM BALDUCCI _____ , On 11/01/2007 , Page 11

|  |  |
|---|---|
|  | yeah, you know, saying this or that (UI) |
| BALDUCCI: | Right. |
| Z SCRUGGS: | We were like whoa. (laughs) Alright, this is too far. |
| BALDUCCI: | Yeah. Yeah, basically he would... |
| Z SCRUGGS: | And that happened after we had all talked. |
| BALDUCCI: | ...(talking simultaneously) he, he, yeah. Basically, JOEY wouldn't go away quietly. He kinda dug in on the friendship deal and (sighs). Well I hate it, but such is the case. |
| Z SCRUGGS: | There's a lot of good stuff we can get involved in. |
| BALDUCCI: | Naw, we'll move, we'll move on. |
| Z SCRUGGS: | And there's no way that, I knew that, that JOEY came in under those kinda terms, but ya'll ain't gonna stand for it. And we couldn't, in good faith, stay in a deal that ya'll brought us into. We didn't know these Kentucky guys. |
| BALDUCCI: | Yeah. Well, it's just a mess and I hate it and I think, I think we both got knocked out of a... |
| SIDNEY BACKSTROM: | Hey. |
| BALDUCCI: | ...out of a good project, but uh... |

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ____TIM BALDUCCI_____ , On 11/01/2007 , Page 12

| | |
|---|---|
| Z SCRUGGS: | Well... |
| BALDUCCI: | ...you know, it's one of those things. |
| Z SCRUGGS: | ...it ain't gonna succeed without all of us. I know that. |
| BALDUCCI: | My man. |
| BACKSTROM: | What's happenin', dude? |
| BALDUCCI: | SIDNEY ALLEN BACKSTROM. |
| BACKSTROM: | Um, that's real cool about how ya'll uh, just walked past your co-counsel there and didn't even say hello. |
| BALDUCCI: | Who? |
| BACKSTROM: | DAVID (UI) MCMULLEN. In BARRETT's office. |
| Z SCRUGGS: | I didn't even see him. |
| BACKSTROM: | (laughs) He, ya'll walked right by. He's like hey, DICK, ZACH... |
| BALDUCCI: | (laughs) |
| BACKSTROM: | ...(laughs) |
| BALDUCCI: | Nice. |
| Z SCRUGGS: | Really? |
| BALDUCCI: | Nice. |
| Z SCRUGGS: | Shit, well... |
| BACKSTROM: | I said, dude, they... |
| Z SCRUGGS: | ...let's get his ass up here. |

Exhibit T

FD-302a (Rev. 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI_____ , On 11/01/2007 , Page ___13___

|  | I didn't... |
|---|---|
| BACKSTROM: | I don't know why they don't like you. I... |
| BALDUCCI: | Hey, you guys are a class act. |
| BACKSTROM: | I (laughs). |
| Z SCRUGGS: | I only saw a kind of a side angle. I mean, I was like, he kinda looks familiar, but didn't think anything of it. (UI) |
| BACKSTROM: | Yeah. |
| Z SCRUGGS: | (UI) My bad |
| BACKSTROM: | Where'd you get this from? |
| Z SCRUGGS: | Oh, uh, a whole bunch of 'em in the um... |
| BALDUCCI: | Trick or treating. |
| Z SCRUGGS: | Yeah. You want? I mean, there's... |
| BACKSTROM: | Where, in our office? |
| (telephone ringing in background) | |
| Z SCRUGGS: | Yeah. Both at the uh, right by the uh, the phone and, and uh, ANGELA's office, so. |
| BACKSTROM: | Gonna get me some DOTS. You want some? |
| Z SCRUGGS: | Yeah. Come on. |
| BALDUCCI: | You know I'm good. |
| BACKSTROM: | When did you get here? |

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ____TIM BALDUCCI_____ , On 11/01/2007 , Page  14

| | |
|---|---|
| BALDUCCI: | I just, literally, just walked up. |
| Z SCRUGGS: | (UI) (talking simultaneously) |
| BALDUCCI: | And saw them. They were... |
| Z SCRUGGS: | I really didn't'. I was like who? |
| BALDUCCI: | No. |
| BACKSTROM: | I thought you were comin' before lunch? |
| BALDUCCI: | Well, I got tied up. You know how it is. I had, jeez. |
| BACKSTROM: | (laughs) |
| Z SCRUGGS: | Like a celebrity. |
| BALDUCCI: | (laughs) |
| Z SCRUGGS: | He just, he just tried to hire uh, LINDA away but he, but LINDA didn't hear him say that he was gonna cut your salary. |
| LINDA (LNU): | Hey, I'll take it if I can cut my hours. (laughs) |
| BACKSTROM: | (laughs) |
| BALDUCCI: | Listen I, now, hey VICKI. |
| VICKI (LNU): | Hi, TIM. |
| Z SCRUGGS: | Of course (UI) (talking simultaneously) work. |
| BALDUCCI: | Not much. How you doin'? |
| VICKI (LNU): | (UI) |

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI_____ , On __11/01/2007__ , Page ___15___

| | |
|---|---|
| BALDUCCI: | Nah, I told her uh, I said workin' for me is probably worth half the pay of workin' around here. |
| VICKI (LNU): | (laughs) |
| BALDUCCI: | She'd probably uh, jump at the chance to... |
| BACKSTROM: | LINDA's already workin' for you. She just doesn't know it yet. |
| BALDUCCI: | ...get away from you. Robber barons. |
| (All laugh) | |
| BALDUCCI: | (laughs) |
| BACKSTROM: | You and your New Orleans filing. |
| BALDUCCI: | I'm fixin' to get that all cleaned up, too. |
| BACKSTROM: | Yeah, good. |
| BALDUCCI: | That's gonna get all... |
| BACKSTROM: | I appreciate that. |
| BALDUCCI: | ...it's gonna get all cleaned up. Gettin' a little sugar rush there? |
| BACKSTROM: | (UI) (talking simultaneously) Mm-hmm. |
| BALDUCCI: | Uh, I'm sorry I didn't make it here earlier. Is that alright? You uh... |
| BACKSTROM: | No, that's fine. I mean, I, I |

Exhibit T

FD-302a (Rev. 10-6-95)


194A-JN-32324


Continuation of FD-302 of ___TIM BALDUCCI_____ , On 11/01/2007__ , Page __16___

|  |  |
|---|---|
|  | just, in fact, I wish I was went to lunch and I was like I thought he was supposed to come for lunch. |
| BALDUCCI: | I was (sighs). But do you have time now? You got... |
| BACKSTROM: | Mm-hmm. |
| BALDUCCI: | ...a little bit of time? |
| BACKSTROM: | Mm-hmm. |
| BALDUCCI: | I got just a couple things that I wanted to run through with you. Um, first things first. Ok, let me tell you about the deal with... |
| BACKSTROM: | Here's a check for...what? (laughs) |
| BALDUCCI: | Yeah. That (laughs)...no. First things first. Let me tell you about the deal with Judge LACKEY. Ok? |

(cellular telephone ringing in background)

| BALDUCCI: | Um...what is that? Your cell phone? |
| BACKSTROM: | Mm-hmm. |
| BALDUCCI: | Sounds like STAR TREK. |
| BACKSTROM: | Mm-hmm. |
| BALDUCCI: | Alright. |
| BACKSTROM: | (UI) |
| BALDUCCI: | You may know this already, but |

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI_____ On _11/01/2007_ Page _17_

| | |
|---|---|
| | just from your channels through your attorneys, but are, you know, I came here a week ago and I dropped off an order that he was signing, he had signed. And he had told me that, he said, you know, go take this, you know, go in peace and it's gonna get filed in the next couple of days.  Well, apparently before MONETTE filed that order, GRADY filed a bunch of stuff. Do you know about this? |
| BACKSTROM: | I know he filed (UI)a proposed order. I never saw it. |
| BALDUCCI: | Alright, well, I went down there this mornin' to judge's office and there was a... |
| BACKSTROM: | Mm-hmm? |
| ZACH: | If ya'll need to...just talk... |
| BALDUCCI: | No. Uh-uh. |
| BACKSTROM: | Mm-mmm. No. |
| BALDUCCI: | 'Course not. Course not. Come on in. Um... |
| ZACH: | Yes? |
| ZACH: | (UI) |
| ZACH: | Let me get that. Ok. Put in my office. (closes door) |
| BALDUCCI: | Ok, anyway, um, so apparently anyway before, before he, MONETTE filed that order, GRADY filed a bunch of shit. |
| BACKSTROM: | Mm-hmm. |

Exhibit T

FD-302a (Rev. 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI_____ On _11/01/2007_ , Page __18__

| | |
|---|---|
| BALDUCCI: | So judge called me and he said, look, we need to talk again. There's been a change. Everything's still cool, but... |
| BACKSTROM: | Mm-hmm. |
| BALDUCCI: | ...it's fine, but I gotta make a change. So what he has done is he's, he's prepared another order and it, it, change, and I got it. This is it. And it just adds some language where he has contemplated and looked at the stuff that GRADY filed... |
| BACKSTROM: | Mm-hmm. |
| BALDUCCI: | ...and he still, you know, still movin' it to arbitration, but he just added a paragraph here in the conclusion part. This paragraph right here. |
| (pause) | |
| BACKSTROM: | Yes. That's fine. |
| BALDUCCI: | Alright, well what he wanted me to know, he said, you know, he wanted me to review it before he entered it and see you know, is this ok... |
| BACKSTROM: | Mm-hmm. |
| BALDUCCI: | ...like it is and I, frankly, I just didn't know enough about the facts to know if that was gonna be ok. |
| BACKSTROM: | Mm-hmm. |
| BALDUCCI: | So I wanted somebody here to review it and look at it. |

Exhibit T

FD-302a (Rev. 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI_____ On _11/01/2007_  Page __19__

| BACKSTROM: | The only thing that's a little bit curious to me (ZACH enters) is it says, complainant never requested relief by this court or any other court. (close door) |
| --- | --- |
| BALDUCCI: | ZACH, let me bring you up to speed. |
| BACKSTROM: | (UI)but chose to disregard this (UI) that doesn't make any sense. |
| BALDUCCI: | Alright, this is on the Judge LACKEY deal. Ok? You know, I came by here last week and I gave you an order that the judge was gonna enter. Well apparently before MONETTE got it entered, got it sent down here, GRADY filed a bunch a more shit in the case, ok? And so the judge called me and wanted me to come back down there and he's redone a new order. And what it is, it's just a change, everything's still ok, still the same deal... |
| ZACH: | Mm-hmm. |
| BALDUCCI: | ...but he wants, he, he wanted me to approve this new language, basically saying that he's reviewed the new filings that GRADY has done, considered those and he still... |
| Z SCRUGGS: | What were the new filings? |
| BALDUCCI: | I don't know. He had 'em. He showed, I didn't read 'em, but |

Exhibit T

FD-302a (Rev 10-6-95)

194A-JN-32324

Continuation of FD-302 of ___TIM BALDUCCI___ , On _11/01/2007_ , Page ___20___

| | |
|---|---|
| | there was a, probably an inch worth of stuff that GRADY had filed. And it just... |
| BACKSTROM: | (UI) only (UI) |
| BALDUCCI: | ...that beat... |
| BACKSTROM: | (UI) attached (UI) order to whatever he filed. But we attached a proposed order in response (UI) The DANIEL COKER guys (UI) |
| Z SCRUGGS: | So they, they know what it, I mean, they never reported to us what it was about. Maybe, must not been important. I don't know. |
| BACKSTROM: | I mean, they just copied us on what they filed in response, saying... |
| Z SCRUGGS: | So he's drafted a new order addressing... |
| BALDUCCI: | Addressing that recent filing and he, he wanted me to approve it. Well, the problem is, I didn't know, 'cause I didn't, I didn't have the institutional knowledge of the case to really know if it was ok or not. So I wanted ya'll to look at it and tell me if it's ok and if not, make whatever edits need to be made to it.... |
| BACKSTROM: | (clears throat) |
| BALDUCCI: | ...before I get... |
| BACKSTROM: | This is the only... |

Exhibit T

FD-302a (Rev. 10-6-95)

194A-JN-32324

| | |
|---|---|
| BALDUCCI: | ...get it entered. |
| BACKSTROM: | thing that doesn't makes sense. The plaintiff never requested relief by this court or any relief by this court or any other court but chose to disregard the clear language and intent of the joint venture agreement and filed the action sub (UI) justice. So (UI). That doesn't make any sense. It's not a bad thing for us, but doesn't make any sense. |
| Z SCRUGGS: | That's a good thing. |
| BACKSTROM: | Well he's saying they didn't file anything with this court. Instead, they chose to file this court (laughs), with this court. (laughs) |
| BALDUCCI: | Apparently, I don't, yeah I don't understand that either. |
| BACKSTROM: | (laughs) |
| Z SCRUGGS: | Oh, ok. |
| BALDUCCI: | Maybe, maybe he's saying... |
| Z SCRUGGS: | The first part doesn't make sense. |
| BALDUCCI: | ...maybe he's saying they didn't file a demand for arbitration with this court. |
| Z SCRUGGS: | (UI) |
| BALDUCCI: | Or re, I don't know what he's trying to say. |
| BACKSTROM: | Uh, yeah, maybe. Maybe. |

Exhibit T