# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**DAVID ZACHARY SCRUGGS**                                                                 **MOVANT**

**v.**                                                                            **No. 3:07CR192-B**

**UNITED STATES OF AMERICA**                                                          **RESPONDENT**

### ORDER REQUIRING GOVERNMENT TO FILE RESPONSE

The court has reviewed the movant's request to vacate, set aside, or correct his sentence, and is of the opinion that a response from the government is appropriate.

Accordingly, it is **ORDERED** that within 30 days of the date of this order, the United States of America must submit a response to the instant motion.

This the 16th day of September, 2010.

/s/ Neal Biggers

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE