**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**DAVID ZACHARY SCRUGGS**                                                                                          **MOVANT**

**v.**                                                                                                                              **No. 3:07CR192-B**

**UNITED STATES OF AMERICA**                                                                                  **RESPONDENT**

**ORDER GRANTING GOVERNMENT'S MOTION
TO EXTEND DEADLINE TO RESPOND**

The government has moved to extend the deadline to file its response to the motion of David Zachary Scruggs to vacate, set aside, or correct his sentence filed in this case under 28 U.S.C. § 2255.  The court finds that the motion is well taken, and it is hereby **GRANTED.**  The government shall have until Tuesday, November 2, 2010, to respond to the instant § 2255 motion, which is 45 days from the date of the order to respond and 76 days from the filing of the motion by the defendant.

**SO ORDERED,** this the 18th day of October, 2010.

/s/ Neal Biggers

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE