IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL CASE NO. 3:07CR192-b-a

DAVID ZACHARY SCRUGGS

## APPEARANCE OF COUNSEL

William N. Reed of Jackson, Mississippi, enters his appearance as additional counsel for David Zachary Scruggs.

This the 4th day of March, 2011.

                                                        Respectfully submitted,

                                                        /s/ *William N. Reed*
                                                           WILLIAM N. REED
                                                           MS No. 4689

William N. Reed
4268 I-55 North
Meadowbrook Office Park
Jackson, MS   39211
Post Office Box 14167
Jackson, MS   39236
Telephone:  (601) 351-2410
Facsimile:   (601) 592-2410

## CERTIFICATE OF SERVICE

I, William N. Reed, hereby certify that I have this day filed and served the foregoing document via the Court's ECF System.

This the 4th day of March, 2011.

                                                        /s/ *William N. Reed*
                                                       WILLIAM N. REED-