UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 3:07CR192-b-a

DAVID ZACHARY SCRUGGS

## ENTRY OF APPEARANCE

COMES NOW the firm of Bartimus, Frickleton, Robertson & Gorny, P.C., (Michael C. Rader) a member of this Court, and enters his appearance as additional counsel on behalf of the Defendant David Zachary Scruggs in the above-referenced matter.

Respectfully submitted, this 9th day of March, 2011.

/s/Michael C. Rader
Michael C. Rader, MS 100205
Bartimus, Frickleton, Robertson & Gorny, P.C.
11150 Overbrook Rd., Suite 200
Leawood, KS  66211
913-266-2300
916-266-2366 Fax
mrader@bflawfirm.com

CERTIFICATE OF SERVICE

I, Michael C. Rader, hereby certify that on March 9, 2011, I served copies of this Entry to the Office of the United States Attorney for the Northern District of Mississippi by way of the Electronic Court Filing (ECF) system.

/s/ Michael C. Rader