UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO. 3:07CR192

DAVID ZACHARY SCRUGGS

**MOTION TO SEAL EXHIBIT TO GOVERNMENT'S RESPONSE TO
PETITIONER'S MOTION FOR DEPOSITIONS**

Comes now the United States of America, by and through the United States Attorney for the Northern District of Mississippi, and moves the Court to seal Anthony L. Farese's Response to Bar Complaint filed by David Zachary Scruggs for the reason that the petitioner's complaint and Mr. Farese's response remain pending before the Bar, and those proceedings are not yet final.

Respectfully submitted,

JOHN MARSHALL ALEXANDER
United States Attorney

*/s/ Robert H. Norman*
By:
   ROBERT H. NORMAN
Assistant United States Attorney
Mississippi Bar No. 3880