UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                            CRIMINAL CASE NO. 3:07CR192

DAVID ZACHARY SCRUGGS

**GOVERNMENT'S RESPONSE TO**
**PETITIONER'S MOTION FOR CONTINUANCE**

Comes now the United States of America, by and through the United States Attorney for

the Northern District of Mississippi, and in response to the "Petitioner's Request to Reset

Hearing Date to Date Certain After May 15, 2011, " would respectfully show unto the Court as

follows, to-wit:

1.

The petitioner's 28 U.S.C. § 2255 hearing has been set for April 25, 2011, since February

8, 2011.  Much has been said about Zach Scruggs' allegations and the government is desirous of

getting this matter to court as soon as possible.  In fact, government counsel would not object to

hearing the matter prior to the week of April 25, 2011, if there is any time available on the

Court's calendar.

Respectfully submitted,

JOHN MARSHALL ALEXANDER
United States Attorney

*/s/ Robert H. Norman*
By:
    ROBERT H. NORMAN
Assistant United States Attorney
Mississippi Bar No. 3880

## CERTIFICATE OF SERVICE

I, ROBERT H. NORMAN, Assistant United States Attorney, hereby certify that I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION FOR CONTINUANCE** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Honorable Edward D. Robertson, Jr.
Bartimus Frickleton Robertson & Gorny, P.C.
chiprob@earthlink.net

Honorable William N. Reed
wreed@bakerdonelson.com

Honorable Michael C. Rader
mrader@bflawfirm.com

This the  _21st__  day of March, 2011.


 _/s/ Robert H. Norman_____
ROBERT H. NORMAN
Assistant United States Attorney