# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 16, 2012

Lyle W. Cayce
Clerk

No. 11-60564

D.C. Docket No. 3:10-CV-80

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

DAVID ZACHARY SCRUGGS,

      Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Mississippi, Oxford

Before HIGGINBOTHAM, DAVIS, and DENNIS, Circuit Judges.

### J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:    OCT 1 0 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
          Deputy

                    OCT 1 0 2012

New Orleans, Louisiana